```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 05 B 12803
   NATHANIEL D JAMES
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-5616
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/06/05 and confirmed on 05/25/05.

   2.  The case was dismissed after confirmation, 07/27/2007.

   3.  The Debtor paid a total of $   5670.00 .

   4.  The Trustee made disbursements to creditors as follows:

---
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AFFILIATED FINANCIAL COR | SECURED | 9605.00 | 1254.57 | 1875.94 |
| TRIAD FINANCIAL | UNSECURED | 8966.43 | .00 | .00 |
| AFFILIATED FINANCIAL COR | UNSECURED | 1172.36 | .00 | .00 |

Summary of disbursements:
---
| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 9605.00 | .00 | 10138.79 | .00 | 19743.79 |
| PRINCIPAL PAID | 1875.94 | .00 | .00 | .00 | 1875.94 |
| INTEREST PAID | 1254.57 | .00 | .00 | .00 | 1254.57 |
| TOTAL PAID | 3130.51 | .00 | .00 | .00 | 3130.51 |

The Debtor's attorney, LEGAL HELPERS PC               , was allowed $   2700.00
and was paid $    400.00   direct and $   2300.00   through the plan.

The Trustee received $    239.49 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 10/11/07                  /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

```
                              PAGE   2
CASE NO. 05 B 12803 NATHANIEL D JAMES
```